OPINION — AG — ** HOMESTEAD EXEMPTION — WAIVER — EXEMPTION ** THE LANGUAGE OF 59 O.S. 1324 [59-1324], PROVIDING THAT HOMESTEAD EXEMPTION MAY BE ACCEPTED AS SECURITY FOR APPEARANCE IF THE HOMESTEAD EXEMPTION IS WAIVED IN WRITING DOES 'NOT' APPLY TO THE EXEMPTION FROM AD VALOREM TAXES AS DEFINED IN 68 O.S. 2407 [68-2407] (AFFIDAVIT FOR PROPERTY BOND) CITE: 31 O.S. 1 [31-1], 59 O.S. 1324 [59-1324], 68 O.S. 2407 [68-2407] [68-2407] (W. HOWARD O'BRYAN)